PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE <u>Western</u> DISTRICT OF TEXAS
<u>Waco</u> DIVISION

FEB 26 2018

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

<u>Juan Javier Ornelas #01758617</u>
Plaintiff's Name and ID Number
<u>Estelle High Security Unit</u>
<u>264 FM 3478 Rd., Huntsville, Tx. 77320</u>
Place of Confinement

CASE NO. **W18CA056**
(Clerk will assign the number)

v.

<u>Alexander Hamilton</u>
<u>P.O. Box 4003, Huntsville, Tx. 77342</u>
Defendant's Name and Address

_____
Defendant's Name and Address

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

## FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO
   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit: December 22, 2017
      2. Parties to previous lawsuit:
         Plaintiff(s) Juan Javier Ornelas TDCJ-CID #01758617
         Defendant(s) Leontyne Haynes
      3. Court: (If federal, name the district; if state, name the county.) Southern District
      4. Cause number: 4:17-CV-03861
      5. Name of judge to whom case was assigned: Judge Vanessa D. Gilmore
      6. Disposition: (Was the case dismissed, appealed, still pending?) Still pending
      7. Approximate date of disposition: ___

Rev. 05/15

2

II. PLACE OF PRESENT CONFINEMENT: Estelle High Security Unit (TDCJ-CID) 264 FM 3478 Rd., Huntsville, Tx. 77320

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   ✓ YES   ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.
Step 2 Grievance #2017079154

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Juan Javier Ornelas #01758617
Estelle High Security Unit
264 FM 3478 Rd.
Huntsville Tx. 77320

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Alexander Hamilton, Office of Inspector General
P.O. Box 4003, Huntsville, Tx. 77342

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Failure to protect me from physical and sexual abuse.

Defendant #2:

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3:

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4:

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5:

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Rev. 05/15

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

In 2016 Alexander Hamilton was an investigator for TDCJ's OIG and was assigned to the Boyd Unit where I was also assigned as a prisoner. He was responsible for investigating all allegations of sexual abuse immediately. In April of 2016 I sent Mr. Hamilton several I-60's (letters) reporting that I was being physically and sexually abused by another prisoner and pleading for his help, but he ignored my I-60's. I continued to be threatened, assaulted and forced to repeatedly perform oral sex on my abuser (James Brown) who also anal raped me twice causing extreme injury, pain and bleeding. I reported all of this to Mr. Hamilton who continued to ignore me.

Continued on page 6.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Declaratory Judgment
Individual Capacity: Nominal 1$, Compensatory 400,000.00$ Punitive 200,000.00$ Any additional relief this court deems just, proper and equitable, Jury trial on all issues triable by jury.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Juan Javier Ornelas, Juan Espinoza, Juan Lerma,
Transwoman name: Juanita Ornelas

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

TDCJ-CID: #01235354, #01758617

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____ YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date sanctions were imposed: _____
4. Have the sanctions been lifted or otherwise satisfied? ____ YES ____ NO

Rev. 05/15

C. Has any court ever warned or notified you that sanctions could be imposed?     ✓ YES ___ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): Southern / Houston
2. Case number: 4:17-CV-03861
3. Approximate date warning was issued: February 6, 2018

Executed on: 2-21-18
      DATE

Juan Javier Ornelas
*Juan Javier Ornelas*
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this   21   day of  February  , 20 18 .
              (Day)            (month)         (year)

Juan Javier Ornelas
*Juan Javier Ornelas*
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15

Statement of claim continued:

On April 24, 2016 I was attacked again by James Brown and battered to the face, head and body. I was placed in lock-up and told that I was getting a case for fighting with James Brown. I asked for a grievance but was told that I was getting a case' not a grievance. On May 3, 2016 I was found Not Guilty of fighting after evidence proved that I was attacked and assaulted by James Brown. I was told that next time' I will be found Guilty if I try to fight back. I was then returned to General Population where I continued to be threatened and sexually harassed. Mr. Hamilton continued to ignore my I-60's. On May 16, 2016 I was placed in lock-up under OPI status (Offender Protection Investigation) by officer Benny H. Boykin due to threats of more violence made toward me. I continued to reach out to Mr. Hamilton via letters and e-mails sent by Mr. Boykin, but he claimed to be busy and said that he would talk to me later on -- but he never did. Mr. Hamilton caused me to be repeatedly physically and sexually abused in April of 2016, and violated my rights under the cruel and unusual punishments clause of the Federal Constitutions Eighth Amendment, causing me physical and mental injury, pain and suffering.

Venue:
Address: to: Boyd Unit, 200 Spur 113, Teague Tx. 75860
(Freestone County)

Ornelas, Juan
TDCJ # 1758617
264 FM 3478
Huntsville, TX 77320

U.S. District Court
Western District Waco Division
800 Franklin Ave. Rm 380
Waco, TX. 76701

