

**TRANS PRIDE INITIATIVE**

FILED
APR 16 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

# In the United States District Court
# For the Western District of Texas
# Waco Division

| | |
|---|---|
| Juan Javier Ornelas<br>TDCJ # 1758617<br><br>v.<br><br>Alexander Hamilton, et al. | Case No. W-18-CV-056<br><br>Declaration of Nell Sylvia Gaither |

## Declaration

Nell Sylvia Gaither hereby declares: That on or about May 17, 2017, Trans Pride Initiative received in our post office box a letter (postmarked May 15, 2017) from the plaintiff, a transgender woman whom we know by her affirming name of Juanita Ornelas. In that letter Ms. Ornelas stated that staff at the Eastham Unit Safe Prisons Department identified as Ms. L. Haynes, during conduct of an Offender Protection Investigation, reported to Ms. Ornelas that she could not identify any incarcerated person in the Texas Department of Criminal Justice (TDCJ) by the name of James Brown. Ms. Ornelas reports that she informed at a later date that a James Brown had been in the custody of TDCJ, but had been released.

On or about May 18, 2017, when responding to Ms. Ornelas' letter, Ms. Gaither accessed the TDCJ online "Offender Information Search" tool and searched the records for persons in TDCJ custody with the last name "Brown" and first name "James." Notes in Ms. Ornelas' file indicates the search returned 28 hits.

I declare under penalty of perjury that the foregoing is true and correct. Executed at 614 West Davis Street, Suite 208, Dallas, Texas 75208, on April 6, 2018.

Nell Sylvia Gaither
Name

*[signature]*
Signature

In The United States District Court
For The Western District Of Texas
Waco Division

Juan Javier Ornelas  
TDCJ-CID #01758617  

v.  

Alexander Hamilton  

Case No.  
W-18-CV-056  

Certificate Of Service

## Certificate Of Service

I hereby certify that a copy of Nell Sylvia Gaither's original Declaration has been served by regular mail upon Defendant Alexander Hamilton at his last known address P.O. Box 4003 Huntsville Tx. 77342, on the 12 day of April 2018.

*Juan Javier Ornelas*

Juan Javier Ornelas #01758617  
Estelle (H.S.) Unit  
264 FM 3478 Rd.  
Huntsville Tx. 77320  

April 12, 2018

Juan Javier Ornelas #0758617
Estelle High Security Unit
264 FM 3478 Rd.
Huntsville Tx. 77320

Legal Mail
W-18-CV-056

NORTH HOUSTON TX 773
13 APR 2018 PM 9 L

76701-193480

U.S. District Clerk's Office
800 Franklin Ave., Rm. 380
Waco Tx. 76701