IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JUAN JAVIER ORNELAS, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. W-18-CA-056-RP |
| | § | |
| ALEXANDER HAMILTON, | § | |
|     Defendant. | § | |

### *AMICUS CURIAE* ADVISORY

In response to the Court's Order of February 27, 2018, the Office of the Attorney General of Texas, as *amicus curiae*, advises the Court that Defendant Alexander Hamilton is no longer employed by the Texas Department of Criminal Justice Office of Inspector General. The OAG has no authority to file responsive pleadings on behalf of this defendant. Attached as Exhibit A is his last known address.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**JEFFREY C. MATEER**
First Assistant Attorney General

**BRANTLEY STARR**
Deputy First Assistant Attorney General

**JAMES E. DAVIS**
Deputy Attorney General for Civil Litigation

**SHANNA E. MOLINARE**
Division Chief
Law Enforcement Defense Division

/s/ *Christopher Lee Lindsey*
**CHRISTOPHER LEE LINDSEY**

Assistant Attorney General
Attorney-In-Charge
State Bar No. 24065628
Christopher.Lindsey@oag.texas.gov

P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080 (Phone No.)
(512) 370-9314 (Fax No.)

*AMICUS CURIAE*

## NOTICE OF ELECTRONIC FILING

I, **CHRISTOPHER LEE LINDSEY**, Assistant Attorney General of Texas, certify that I have electronically submitted for filing, a true and correct copy of the foregoing in accordance with the Electronic Case Files system of the Western District of Texas, on this the 9th day of May, 2018.

>  /s/ *Christopher Lee Lindsey*
>  **CHRISTOPHER LEE LINDSEY**
>  Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **CHRISTOPHER LEE LINDSEY**, Assistant Attorney General, do hereby certify that a true and correct copy of the foregoing has been served by U.S. Mail on this 9th day of May, 2018, to:

Juan Javier Ornelas, No. 01758617
Estelle Unit
264 FM 3478
Huntsville, TX 77320
**Plaintiff** *Pro Se*

>  /s/ *Christopher Lee Lindsey*
>  **CHRISTOPHER LEE LINDSEY**
>  Assistant Attorney General