IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JUAN JAVIER ORNELAS #1758617 | § | |
| | § | |
| V. | § | W-18-CA-056-RP |
| | § | |
| ALEXANDER HAMILTON | § | |

### ORDER

The summons for Alexander Hamilton has been returned unexecuted. Because Plaintiff is proceeding in forma pauperis, the Court is obligated to accomplish service on his behalf.

It is therefore **ORDERED** that **Alexander Hamilton**, as defendant, is hereby required to file an answer to such complaint or otherwise plead as provided by Rule 12 of the Federal Rules of Civil Procedure within twenty-one (21) days after service of a copy of the complaint. At the time of filing an answer, Defendant shall serve Plaintiff with a copy thereof in accordance with Rule 5(b) of the Federal Rules of Civil Procedure and shall file with the Clerk a certificate showing such service.

It is further **ORDERED** that, pursuant to Rule 4(c)(3) of the Federal Rules of Civil Procedure, the United States Marshal shall serve a copy of the Plaintiff's complaint, summons, and this Order upon Defendant Hamilton. Because other service has been ineffective, the United States Marshal shall accomplish service pursuant to Rule 4(e)(2) of the Federal Rules of Civil Procedure either to Defendant Hamilton personally, or by leaving a copy at Defendant

Hamilton's dwelling or usual place of abode with someone of suitable age and discretion who resides there.

**SIGNED** on June 6, 2018.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE