**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **JUAN JAVIER ORNELAS #1758617** | § | |
| | § | |
| **V.** | § | **W-18-CA-056-RP** |
| | § | |
| **ALEXANDER HAMILTON** | § | |

## ORDER

The court has attempted service on Defendant Hamilton, including personal service at his last known address. However, service has been unsuccessful because, according to the United States Marshal, Defendant is no longer at that address and has moved to Alabama. Therefore, Plaintiff must provide an address where Defendant can be served, otherwise the Court will dismiss this case.

It is therefore **ORDERED** that Plaintiff shall file an advisory with the Court indicating a service address for Defendant Hamilton on or before **August 8, 2018.** If Plaintiff is unable to provide such information, the Court will dismiss this case for lack of service.

**SIGNED** on July 9, 2018.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE