In The United States District Court
For The Western District Of Texas
Waco Division

FILED
JUL 2 3 2018
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

Juan Javier Ornelas
TDCJ-CID #01758617

v.

Case No.
W-18-CV-056

Alexander Hamilton

## Plaintiff's Motion For An Extension Of Time To File An Advisory Indicating A Service Address For Defendant

Plaintiff requests an additional forty-five days to file an advisory indicating a service address for Defendant. In support of this motion, Plaintiff offers the following:

Plaintiff's current deadline is August 8, 2018.

However, Plaintiff is a prisoner confined to an isolation chamber 24/7, with no access to a phone or computer. Defendant's personal identifying information is being kept confidential under Texas law.

Plaintiff needs additional time to obtain Defendant's personal identifying information and/or address.

Plaintiff respectfully requests that this motion be GRANTED, thereby making his deadline September 22, 2018.

Respectfully submitted,
July 18, 2018

*Juan Javier Ornelas*

Juan Javier Ornelas
TDCJ-CID #01758617
Estelle (H.S.) Unit
264 FM 3478 Rd.
Huntsville, Tx. 77320

NAME Juan Javier Canelas
TDC# 1758617
ESTELLE UNIT
264 FM 3478
HUNTSVILLE, TX 77320

Legal Mail
W-18-CV-056

NORTH HOUSTON TX 773
20 JUL 2018 PM 5 L

76701-193480

Clerk, U.S. District Court
800 Franklin Avenue, Room 380
Waco, TX. 76701