6:18-CV-56

# USPS Tracking® FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)

**FILED**

**OCT 3 0 2018**

Track Another Package ✛

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

Remove

**Tracking Number:** 9414816902246689864238

**Expected Delivery by**

# FRIDAY
# 14 SEPTEMBER 2018　by **8:00pm**

## Delivered

September 14, 2018 at 9:53 am
Delivered, Individual Picked Up at Postal Facility
HUNTSVILLE, TX 77342

**Return Receipt Electronic**

**Tracking History**

**Product Information**

**See Less**