IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JUAN JAVIER ORNELAS,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. W-18-CA-056-ADA |
| ALEXANDER HAMILTON,<br>    Defendant. | §<br>§ | |

## ORDER

This day the Court considered Defendant's motion for summary judgment. After considering the pleadings and evidence filed, the Court is of the opinion that the following order should issue:

It is hereby ORDERED that the motion for summary judgment is in all things GRANTED. Any and all relief sought by Plaintiff against Defendant in the above-numbered and styled cause of action is hereby denied and judgment is rendered in favor of Defendant.

It is further ORDERED that the above-styled and numbered cause of action is hereby DISMISSED WITH PREJUDICE. This is a final judgment and disposes of all issues and parties in this case. All relief not specifically granted herein is denied.

SIGNED this _____ day of _____, 2019.

_____
PRESIDING JUDGE